Jack D. Edwards
E‍DWARDS L‍AW O‍FFICE, P.C.
P.O. Box 5345
Etna, WY 83118-5345
307-883-2222 Telephone
307-222-0561 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| LEONEL ALTAMIRANO, individually and as next friend of LDA and MJA and JEA, minors, | § § § § | |
| Plaintiffs, | § | Civil No. 2:17-CV-00156-NDF |
| vs. | § § § | |
| GENERAL MOTORS LLC, | § § | |
| Defendant. | § | |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed against Defendant GENERAL MOTOR LLC pursuant to Federal Rules of Civil Procedure (41)(a)(1)(A)(ii).

    Respectfully submitted,

    /s/ *Jack D. Edwards*
    JACK D. EDWARDS    WSB No. 6-3877
    E‍DWARDS L‍AW O‍FFICE, P.C.
    P.O. Box 5345
    Etna, WY 83118-5345
    Telephone:    307-883-2222
    Facsimile:    307-222-0561
    Email:    jedwards@silverstar.com

    and

ROBERT E. AMMONS
Pro Hac Vice
SYDNEY MERIWETHER
Pro Hac Vice
THE AMMONS LAW FIRM, L.L.P.
3700 Montrose Boulevard
Houston, Texas  77006
Telephone:	713-523-1606
Facsimile:	713-523-4159
Email:	rob@ammonslaw.com
	sydney@ammonslaw.com

ATTORNEYS FOR PLAINTIFFS

-AND-

/s/ *Richard A. Mincer*
Richard A Mincer
Laurene S. Rogers
Hirst Applegate LLP Law Offices
P.O. Box 1083
Cheyenne, Wyoming 82003-1083
Telephone: 307-632-0541
Facsimile: 307-632-4999
lrogers@hirstapplegate.com
rmincer@hirstapplegate.com

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC