

**FILED**

11:05 am, 6/12/18
**Stephan Harris**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| LEONEL ALTAMIRANO, individually and as next friend of LDA, MJA, and JEA, minors, | |
| Plaintiffs, | |
| vs. | Case No:  17-CV-156-F |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

---

### ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL

---

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 40). The Court has reviewed the stipulation and is fully informed in the premises.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their costs and attorneys' fees.

Dated this ___12___ day of June, 2018.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE